Kari Rawlings-Hoyer, Esq. [SBN 244261]
798 Lighthouse Avenue, Suite 133
Monterey, CA 93940
Tel. (831)601-8524
Fax (831)333-9078
Email: k-rawlings1@uop.edu
Local Counsel for Plaintiff, Directv, Inc.

Julie Cohen Lonstein, Esq.
Lonstein Law Office, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, NY 12428
Tel. (845) 647-8500
Fax (845) 647-6277
Email: Julie@signallaw.com

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

---

| | |
|---|---|
| DIRECTV, Inc., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANH THU XUAN PHAM, Individually, and as officer, director, shareholder, and/or principal of ANH THU RESTAURANT, INC., d/b/a ANH THU RESTAURANT,<br><br>and<br><br>ANH THU RESTAURANT, INC., d/b/a ANH THU RESTAURANT,<br><br>　　　　　　　Defendants. | **STIPULATION FOR EXTENSION OF TIME TO ANSWER**<br>Civil Action No. 5:10-CV-04142-PVT |

---

　　It is hereby stipulated and agreed to by and between the parties herein that Defendants shall file their Answer or responsive pleading on or before November 22, 2010 and agrees to waive any personal jurisdictional defenses.

　　It is further agreed and stipulated that upon the filing of an Answer, the parties will meet and confer pursuant to Rule 26, and submit a joint discovery plan to the Court for the

1  Court's approval within fourteen (14) days.

2

   Dated: October 21, 2010
3
   /s/ Julie Cohen Lonstein
4  Julie Cohen Lonstein, Esq.
   Lonstein Law Office, P.C.
5  1 Terrace Hill, P.O. Box 351
   Ellenville, NY 12428
6  Tel. (845) 647-8500
   Fax (845) 647-6277
7  Email: Julie@signallaw.com

8


9  /s/ Kari Rawlings-Hoyer
   Kari Rawlings-Hoyer, Esq. [SBN 244261]
10 798 Lighthouse Avenue, Suite 133
   Monterey, CA 93940
11 Tel. (831)601-8524
   Fax (831)333-9078
12 Email: k-rawlings1@uop.edu
   Local Counsel for Plaintiff, Directv, Inc.
13

14
   /s/ Scott L. Woodall
15 Scott L. Woodall, Esq.
   Law Office of Scott L. Woodall
16 2340 Santa Rita Rd, Suite 5
   Pleasanton, CA 94566
17 Telephone:  (925) 600-0111
   Fax: (925) 600-0009
18

19          **So Ordered This  27  day of October, 2010.**

20                                     _Patricia V. Trumbull_
                                  **HON. PATRICIA V. TRUMBULL**
21                                   **United States District Judge**

22

23

24

25

26